**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** the March 17, 2015 motion of Court Reporter Micaela Ynostrosa for an extension of time to file the reporter's record. The reporter's record shall be filed by **APRIL 30, 2015**. We caution Ms. Ynostrosa that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
             JUSTICE